UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE KERITSIS,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLES LIANG, et al.,<br><br>        Defendants. | Case No.  24-cv-07753-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Edward J. Davila for consideration of whether the case is related to 24-cv-06410-EJD *Hollin v. Liang*.

**SO ORDERED.**

Dated: November 21, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge