UNITED STATES DISTRICT COURT DENIED Judge Edward J. Davila August 6, 2026

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SUPER MICRO COMPUTER, INC. DERIVATIVE LITIGATION ,
Plaintiff(s),

v.

,
Defendant(s).

Case No. 5:24-cv-06410-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Vivek Upadhya, an active member in good standing of the bar of Delaware, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Allegheny County Employees' Retirement System in the above-entitled action. My local co-counsel in this case is Mark C. Molumphy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 168009.

| | |
|---|---|
| 123 S. Justison St., Wilmington, DE 19801 | 840 Malcolm Rd., Burlingame, CA 94010 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (302) 622-7066 | (650) 697-6000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| vupadhya@gelaw.com | mmolumphy@cpmlegal.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6241.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero (0) times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 3, 2025

Vivek Upadhya
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Vivek Upadhya is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ___________________________

_______________________________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Vivek Upadhya,** was admitted to practice as an attorney in the Courts of this State on **March 2, 2016,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 30th day of October 2025.

Lisa A. Dolph
Clerk of the Supreme Court